# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| J.W., A MINOR, by and through her guardian Angela Johnson, CRYSTAL SCHULTZ, MICHELE EUSEBE, JUSTIN MEDINA, ARTHUR PODROYKIN, and KATHERINE CHAUDHRY, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>vs.<br><br>LIVANOVA USA, INC.<br><br>　　Defendant. | CIVIL ACTION NO. 4:24-CV-02250 |

## JOINT MOTION TO STAY AND NOTICE OF MEDIATED SETTLEMENT

Plaintiffs and Defendant jointly move to stay all case deadlines in the above-captioned proceedings based on a mediated settlement. The Parties have mediated and reached an agreement in principle on the material terms of a class wide settlement. The Parties intend to file their comprehensive settlement agreement along with Plaintiffs' Motion for Preliminary Approval within 60 days of today or December 2, 2024. In light of the mediated settlement, the Parties respectfully move the Court for an order staying all deadlines pending the filing of the Motion for Preliminary Approval and thereafter a Motion for Final Approval of the settlement.

| | |
|---|---|
| Dated: October 4, 2024 | Respectfully submitted, |
| **KENDALL LAW GROUP, PLLC** | **HUNTON ANDREWS KURTH LLP** |
| */s/ Joe Kendall* | */s/ Neil Gilman* |
| 　JOE KENDALL | 　Neil Gilman (*pro hac vice*) |
| 　Texas Bar No. 11260700 | 　ngilman@huntonak.com |
| 　SDTX Bar No. 30973 | 　Perie Reiko Koyama (*pro hac vice*) |
| 　3811 Turtle Creek Blvd., Suite 825 | 　pkoyama@huntonak.com |
| 　Dallas, Texas 75219 | 　2200 Pennsylvania Avenue, NW |

1

| | |
|---|---|
| 214-744-3000 / 214-744-3015 (Facsimile)<br>jkendall@kendalllawgroup.com | Washington, D.C. 20037<br>Telephone: (202) 955-1500 |
| Jeff Ostrow (*pro hac vice*)<br>**KOPELOWITZ OSTROW P.A.**<br>1 West Las Olas Blvd., Ste. 500<br>Fort Lauderdale, FL 33301<br>ostrow@kolawyers.com<br>Telephone: (954) 332-4200 | M. Kaylan Dunn<br>Texas State Bar No. 24076359<br>Federal I.D. No. 1171046<br>kaylandunn@huntonak.com<br>Ashley Kahn<br>Texas State Bar No. 24087824<br>Federal I.D. No. 2149600<br>ashleykahn@huntonak.com<br>600 Travis, Suite 4200<br>Houston, Texas 77002<br>Telephone: (713) 220-4200 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, the foregoing document was electronically filed using the Court's electronic case filing (ECF) system, which automatically sends notice of electronic filing via the email addresses of all counsel of record.

>*/s/ Joe Kendall*
>Joe Kendall

2