UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| J.W., A Minor, by and through her guardian Angela Johnson, CRYSTAL SCHULTZ, MICHELE EUSEBE, JUSTIN MEDINA, ARTHUR PODROYKIN, and KATHERINE CHAUDHRY, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>LIVANOVA USA, INC.<br><br>     Defendant. | CIVIL ACTION NO. 4:24-CV-02250 |

### CERTIFICATION OF MAILING NOTICES OF
### PROPOSED SETTLEMENT PURSUANT TO 28 U.S.C. § 1715(b)

Defendant, LivaNova USA, Inc, ("Defendant") by counsel, hereby certifies to the Court that Defendant has complied with the provisions of 28 U.S.C. § 1715(b), which requires that the Defendant, within 10 days after a proposed settlement of a class action is filed in court, provide notice to the "appropriate State official of each State in which a class member resides and the appropriate Federal official."

On December 9, 2024, via certified mail, Defendant provided to the relevant State officials (the attorneys general of all 50 United States and the District of Columbia) and Federal officials (the United States Attorney General) the information required by 28 U.S.C. §1715(b). *See generally*, Declaration of Perie Reiko Koyama (Exhibit A). A copy of the notice sent by Defendant to the Attorney General of Alabama—which, other than the estimated number of Settlement Class Members, is identical to the letters sent to the other state attorneys general—is attached to Ms. Koyama's Declaration as Exhibit 1. A copy of the notice sent by Defendant to the Attorney General of the United States is attached to Ms. Koyama's Declaration as Exhibit 2.

| | |
|---|---|
| Dated: December 12, 2024 | Respectfully submitted,<br><br>**HUNTON ANDREWS KURTH LLP**<br><br>By: */s/ Kaylan Dunn*<br>　**M. Kaylan Dunn**<br>　State Bar No. 24076359<br>　Federal I.D. No. 1171046<br>　kaylandunn@huntonak.com<br>　**Ashley Kahn**<br>　State Bar No. 24087824<br>　Federal I.D. No. 2149600<br>　ashleykahn@huntonak.com<br>　600 Travis, Suite 4200<br>　Houston, Texas 77002<br>　Telephone: (713) 220-4200<br>　Facsimile: (713) 220-4285<br><br>　**Neil K. Gilman** (*pro hac vice*)<br>　**Perie Reiko Koyama** (*pro hac vice*)<br>　2200 Pennsylvania Avenue, N.W.<br>　Washington, DC 20037<br>　Telephone:  (202) 955-1500<br>　Facsimile:  (202) 778-2201<br>　ngilman@hunton.com<br>　pkoyama@hunton.com<br><br>**ATTORNEYS FOR DEFENDANT LIVANOVA USA, INC.** |

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 12, 2024, a copy of the foregoing was served upon on all counsel of record via the Court's electronic filing system.

                              */s/ Kaylan Dunn*
                              Kaylan Dunn