**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

J. W., a minor

v.                                                                  Case Number: 4:24–cv–02250

LivaNova USA, Inc.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Final Hearing set for 4/4/2025 at 11:00 AM before Judge Alfred H Bennett.

**PLACE**
Courtroom 9A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: March 13, 2025

Nathan Ochsner, Clerk, Clerk
s/ 4 LisaREdwards, Deputy Clerk